[S. F. No. 5834. In Bank.—January 9, 1913.]

## E. E. NICHOLS, Appellant, v. BOULEVARD GARDENS LAND COMPANY (a Corporation), Respondent.

CORPORATION—REPURCHASE OF STOCK.—Judgment reversed on the authority of *Schulte* v. *Boulevard Gardens Land Company, ante,* p. 464.

APPEAL from a judgment of the Superior Court of Alameda County. John Ellsworth, Judge.

The facts are similar to those stated in the opinion in *Schulte* v. *Boulevard Gardens Land Company, ante,* p. 464.

J. A. Elston, and George Clark, for Appellant.

Keyes & Martin, and Leon E. Martin, for Respondent.

THE COURT.—This cause presents precisely the same questions as those considered in the opinion in *Schulte* v. *Boulevard Gardens Land Company, ante,* p. 464, [129 Pac. 582], filed this day. Upon the authority of that decision, the judgment herein is reversed.